JS-6

**FILED**
APR 2 5 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| STEVE LEFFINGWELL ) | Case No. CV 08-0916-DDP (MLG) |
| Petitioner, ) | MEMORANDUM OPINION AND ORDER |
| v. ) | DISMISSING PETITION |
| CALIFORNIA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| Defendant. ) | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: 4-24-08

_____
Dean D. Pregerson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 2 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY